JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>KOESTER ELECTRIC, INC., a California corporation,<br><br>    Defendant. | CASE NO.: SACV08-01052 JVS (RNBx)<br><br>ASSIGNED TO THE HONORABLE JUDGE JAMES V. SELNA<br><br>**JUDGMENT** |

Plaintiff's motion for default judgment came on regularly for hearing on September 14, 2009, in the above-referenced Court, the Honorable James V. Selna, United States District Judge, presiding. Appearances were stated on the record. After full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, if any:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan shall recover from Koester Electric, Inc., a California corporation ("Koester"), the principal amount of $18,275.39 (consisting of unpaid fringe benefit contributions of $11,992.50, prejudgment interest of $1,536.17, audit fees of $2,598.75, and liquidated damages of

$2,147.97), together with attorney's fees of $13,180.40, and costs of $3,267.93, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: September 16, 2009

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: August 12, 2009        **LAQUER URBAN CLIFFORD & HODGE LLP**

By:  /s/ Matthew T. Bechtel
       Susan Graham Lovelace
       Matthew T. Bechtel
Attorney for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.